

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-380-CR

RUDOLPH ANTHONY GARZA                                    APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Appellant's Motion To Waive And Dismiss Appeal And To Withdraw Notice Of Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and LIVINGSTON, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

---

[1] *... See* Tex. R. App. P. 47.4.

DELIVERED: February 4, 2010